UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHARLES D. STERGIOS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 05-225-P-S |
| | ) |
| HALSEY B. FRANK, et al., | ) |
| | ) |
| Defendants | ) |

## RECOMMENDED DECISION

On December 28, 2005, this Court issued an Order that Plaintiff either pay the required filing fee or file a properly completed application for leave to proceed *in forma pauperis* by February 1, 2006, failing which the Court would issue a recommendation that the action be dismissed. As of today's date, Plaintiff has neither paid the required filing fee nor filed a properly completed application for leave to proceed *in forma pauperis*.

Accordingly, it is recommended that the Complaint be DISMISSED.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

Dated February 2, 2006

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge