UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **CHARLES D. STERGIOS,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil No. 05-225-P-S |
| **HALSEY B. FRANK, et al.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 3) filed February 2, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED the Complaint (Docket No. 1) is **DISMISSED**.

/s/ George Z. Singal
Chief United States District Judge

Dated this 22nd day of February, 2006